

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2014

No. 04-14-00734-CV

Sandra **SAKS**, Lee Nick McFadin, III and Margaret Landen Saks,
Appellants

v.

**BROADWAY COFFEEHOUSE, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-17001
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellants' motion to suspend the trial court's judgment and to decrease the amount of the supersedeas bond ordered by the trial court is DENIED.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court